IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL L. SMITH, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:14cv713-MHT |
| | ) | (WO) |
| PILOT TRAVEL CENTERS, LLC, | ) | |
| and CASSIE HAMLIN, | ) | |
| | ) | |
| Defendants. | ) | |

OPINION AND ORDER

This matter is before the court upon the United States Magistrate Judge's recommendation that this lawsuit be remanded to the Circuit Court of Lowndes County, Alabama. The defendants have objected to the recommendation. After an independent and de novo review of the record, the court concludes that the objections should be overruled and the magistrate judge's recommendation adopted.

Accordingly, it is ORDERED that:

(1) The defendants' objections (doc. no. 18) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 17) is adopted.

(3) The plaintiff's motion to remand (doc. no. 8) is granted and this case is remanded to the Circuit Court of Lowndes County.

It is further ORDERED that all other pending motions are left for resolution after remand.

The clerk of court is DIRECTED to take all such action as is required to carry out the remand.

This case is closed in this court.

DONE, this the 30th day of March, 2015.

  /s/ Myron H. Thompson  
UNITED STATES DISTRICT JUDGE